# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- )<br><br>Touchstone Research Laboratory, Ltd. )<br><br>Under Contract No. FA8650-04-C-5033 *et al.* ) | ASBCA No. 58970 |

APPEARANCE FOR THE APPELLANT:     Tenley A. Carp, Esq.
    Arnall Golden Gregory LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Wayne J. Bober, Esq.
    Christopher R. Kirkendoll, Esq.
    Arthur M. Taylor, Esq.
    Trial Attorneys
    Defense Contract Management Agency
    Philadelphia, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 May 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58970, Appeal of Touchstone Research Laboratory, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals